# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

ANTHONY NORWOOD                                                              PLAINTIFF

v.                          Case No. 4:18-cv-00850-KGB

ARKANSAS CHILDREN'S HOSPITAL                                                 DEFENDANT

## ORDER

Before the Court is an unopposed motion to dismiss filed by defendant Arkansas Children's Hospital (Dkt. No. 14). Arkansas Children's Hospital represents that, on June 12, 2019, the parties attended a settlement conference before United States Magistrate Judge Jerome T. Kearney (*Id.*, ¶ 1). Arkansas Children's Hospital represents that the parties reached settlement and entered into a confidential settlement agreement which resolves all claims in the suit in a way that all parties believe is a fair, reasonable, and adequate compromise of a bona fide dispute (*Id.*, ¶ 2). Accordingly, Arkansas Children's Hospital moves for dismissal with prejudice of plaintiff Anthony Norwood's claims, with each party to bear its own fees and costs (*Id.*, ¶ 3). Arkansas Children's Hospital requests that the Court retain jurisdiction for 60 days to enforce the terms of the settlement (*Id.*, ¶ 4).

The docket in this action reflects that the parties were able to reach an agreement with the confidential terms read into the record (Dkt. No. 13). For good cause shown, the Court grants the unopposed motion to dismiss (Dkt. No. 14) and dismisses with prejudice this action. The Court denies as moot Mr. Norwood's pending motion for appointment of counsel (Dkt. No. 10). The Court will retain jurisdiction for 60 days to enforce the terms of the settlement.

It is so ordered this 24th day of June, 2019.

_____
Kristine G. Baker
United States District Judge